UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:17-cr-23-SEB-VTW-6 |
| | ) | |
| ROGER CARROLL. JR., | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On December 5, 2022, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on October 26, 2022 (Dkt. 334) and the Supplemental Petition for Warrant or Summons for Offender Under Supervision filed on November 22, 2022 (Dkt. 340). Defendant Roger Carroll, Jr. appeared in person with his appointed counsel James A. Earhart. The government appeared by Kristian Mukoski, Assistant United States Attorney, via telephone, for AUSA Lauren Wheatley. U. S. Probation appeared by Officer Shallon Watson.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

    1.    The Court advised Mr. Carroll of his rights and provided him with a copy of the petitions. Mr. Carroll orally waived his right to a preliminary hearing.

    2.    The Government orally moved for detention of the defendant, and the defendant waived his right to a detention hearing at that time.

    3.    A Final Revocation Hearing was set for December 9, 2022, at 10:30 AM (Eastern) before the undersigned Magistrate Judge.

4. On December 9, 2022 a Final Revocation Hearing was held. Mr. Carroll appeared in person and with his appointed counsel James A. Earhart. The government appeared by AUSA Lauren Wheatley. U.S. Probation represented by Officer Shallon Watson, via telephone.

5. After being placed under oath, Mr. Carroll admitted violation numbers 1, 2, 4, 5 and 6 (Dkt. 334, 340).

6. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You must refrain from any unlawful use of a controlled substance."**<br><br>On August 3, and September 29, 2022, Mr. Carroll submitted drug screens that tested positive for amphetamines and marijuana. On October 21, 2022, Mr. Carroll was tested at the U.S. Probation Office and admitted having used methamphetamine and marijuana. The results to this drug screen are still pending. |
| 2 | **"You shall not attempt to obstruct or tamper with the testing methods."**<br><br>On July 21, 2022, Mr. Carroll submitted a drug screen that returned diluted. When confronted about the drug test, he admitted to altering the drug screen to avoid a positive test result. |
| 4 | **"You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment."**<br><br>On August 3, 2022, this officer made an attempt to meet with Mr. Carroll at his last reported residence. Mr. Carroll's ex-wife answered the door and advised he was no longer living there and was living at a previous ex-wife's house. Mr. Carroll did not advise this officer of his move. |

| | |
|---|---|
| **5** | **"You must not commit another federal, state, or local crime."** |

On November 11, 2022, Mr. Carroll was arrested and charged with Invasion of Privacy, a Class A Misdemeanor, in Floyd County, Indiana, under case number 22D02-2211-CM-001809. Mr. Carroll posted bond and was scheduled to appear in Court on November 18, 2022. To date, no additional Court dates have been set.

| | |
|---|---|
| **6** | **"You must refrain from any unlawful use of a controlled substance."** |

On November 11, 2022, Mr. Carroll submitted a urinalysis which yielded positive for amphetamines and cannabinoids.

7. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is III.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months' imprisonment.

8. The parties jointly recommended a sentence of 14 months' imprisonment with no term of supervised release to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petitions, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 14 months with no term of supervised release to follow.

Mr. Carroll shall remain in custody pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

12/15/2022

_____
VAN WILLIS
United States Magistrate Judge
Southern District of Indiana


Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system